JENNIE G. HOFFLIN v. BOARD OF COUNTY COMMISSIONERS OF HENNEPIN COUNTY.[1]

June 13, 1900.

Nos. 12,062—(121).

Voluntary Payment of Illegal Tax.
    Gould v. Board of Co. Commrs., 76 Minn. 379, followed.

Appeal by plaintiff from an order of the municipal court of Minneapolis, Holt, J., sustaining a demurrer to the complaint. Affirmed.

*C. H. Rossman,* for appellant.

*Louis A. Reed,* County Attorney, and *C. S. Jelley,* for respondent.

PER CURIAM.

This action is to recover the sum of $260.73, which plaintiff

[1] Reported in 83 N. W. 29.

claims to have paid, by mistake of fact, in discharge of a void tax assessed against her property. The facts are substantially like those in the case of Gould v. Board of Co. Commrs., 76 Minn. 379, 79 N. W. 303, and the decision there made controls this case. We see no reason for overruling that case, and we follow and adhere to it.

Order affirmed.